IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TEXARKANA  DIVISION

| | | |
|---|---|---|
| FRANCISCO CRUZ HERNANDEZ | § | |
| VS. | § | CIVIL ACTION NO. 5:11cv139 |
| WARDEN CARVJAL | § | |

MEMORANDUM ORDER OVERRULING OBJECTIONS AND ADOPTING
THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Francisco Cruz Hernandez, an inmate confined at the Federal Correctional Institution at
Texarkana, Texas, proceeding *pro se*, filed the above-styled petition for writ of habeas corpus
pursuant to 28 U.S.C. § 2241.

The Court referred this matter to the Honorable Caroline M. Craven, United States
Magistrate Judge, at Texarkana, Texas,  for consideration pursuant to applicable orders of this
court.  The Magistrate Judge has submitted a Report and Recommendation of United States
Magistrate Judge concerning this case.  The Magistrate Judge recommends that the petition for
writ of habeas corpus be denied.

The Court has received and considered the Report and Recommendation of United States
Magistrate Judge, along with the records, pleadings and all available evidence.  Petitioner filed
objections to the Report and Recommendation.

The Court has conducted a  *de novo* review of the objections in relation to the pleadings
and the applicable law.  After careful consideration, the Court is of the opinion petitioner's
objections are without merit.  The grounds for review asserted by petitioner are not cognizable in
a petition filed pursuant to 28 U.S.C. § 2241.  *Reyes-Requena v. United States*, 243 F.3d 893 (5th
Cir. 2001).

ORDER

Accordingly, petitioner's objections are **OVERRULED**.  The findings of fact and
conclusions of law of the Magistrate Judge are correct and the report of the Magistrate Judge is

**ADOPTED**.  A final judgment will be entered in accordance with the Magistrate Judge's recommendation.

   **SIGNED this 24th day of August, 2011.**


_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE